PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☐ INDICTMENT ☒ COMPLAINT

CASE NO. ____________

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

USA vs.

Defendant: PEDRO HERNANDEZ

Address:

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF — Providence, RI (Divisional Office)

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE ☐ U.S. Atty ☐ Other U.S. Agency

Phone No. ____________

Name of Asst. U.S. Attorney (if assigned): TERRENCE P. DONNELLY

☑ Male ☐ Female

☐ Alien (if applicable)

Social Security Number ____________

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco and Firearms

☒ person is awaiting trial in another Federal or State Court (give name of court)

Providence County Superior Court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

MAG. JUDGE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

Place of offense: Providence, RI County

**DEFENDANT**

Issue: ☑ Warrant ☐ Summons

Location Status:

Arrest Date ____________ or Date Transferred to Federal Custody ____________

☐ Currently in Federal Custody

☑ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any): ____________

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 21 U.S.C. Section 844 possess cocaine base | 18 U.S.C. Section 922(g)(1) felon in possesion of firearm | ☒ Felony ☐ Misdemeanor |
| | Penalties: 20 years, mandatory minimum of | Penalties: 10 years imprisonment; $250,000 fine; | ☒ Felony ☐ Misdemeanor |
| | 5 years imprisonment; $250,000, mandatory | 3 years supervised release; and $100 special assessment | ☐ Felony ☐ Misdemeanor |
| | minimum $1000 fine; 3 years supervised | | ☐ Felony ☐ Misdemeanor |
| | release; and $100 special assessment | Anticipated Trial Days: 2-3 days | ☐ Felony ☐ Misdemeanor |