AO 458 (Rev. 10/95) Appearance

# United States District Court

## District of Rhode Island

United States

v.

Pedro Hernandez

APPEARANCE

CASE NUMBER: 1:06M18M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Pedro Hernandez

I certify that I am admitted to practice in this court.

2/8/06
Date

[signature]
Signature

George J. West — Print Name
3052 — Bar Number

One Turks Head Place — Address

Provi — City
RI — State
02903 — Zip Code

401-861-4042 — Phone Number
401-861-0330 — Fax Number

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.