AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Pedro Hernandez

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:06-M-18M

I, Pedro Hernandez, charged in a (complaint) (petition) pending in this District with ) in violation of Title 21 & 18, U.S.C., 844(a), 922(g)(1), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Pedro Hernandez
Defendant

2/15/06
Date

George [signature]
Counsel for Defendant