RECEIVED
FEB 08 2006
US MARSHALS
RHODE ISLAND

# *UNITED STATES DISTRICT COURT*
### *for the*
### *District of Rhode Island*

***Case No. 1:06-M-18M***

***To:*** ***WARDEN***
***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **PEDRO HERNANDEZ**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **15th** day of **February, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**I hereby certify and return that [illegible] bring before the court [illegible] named defendant, [illegible] date and time ordered.**

**Deputy U.S. Marshal**

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: February 8, 2006.

David A. DiMarzio, Clerk

*by* ***Jeannine Theall - Deputy Clerk***

PRELIMINARY EXAMINATION