IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. CR 06 26ML |
| | : | |
| | : | |
| v. | : | In violation Of 21 U.S.C. |
| | : | §844(a); |
| | : | 18 U.S.C. § 922(g)(1) |
| PEDRO HERNANDEZ | : | |

INFORMATION

The United States Attorney charges that:

COUNT I

On or about September 19, 2005, in the District of Rhode Island, the defendant, PEDRO HERNANDEZ, did knowingly and intentionally possess 9.47 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance.

All in violation of 21 U.S.C. §844(a).

COUNT II

On or about September 19, 2005, in the District of Rhode Island, the defendant, PEDRO HERNANDEZ, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a

SCANNED

firearm, to wit: a Smith & Wesson .38 caliber revolver, serial number 97107.

All in violation of 18 U.S.C. §922(g)(1).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Terrence P. Donnelly

TERRENCE P. DONNELLY
Assistant U.S. Attorney

Gerard B Sullivan

GERARD B. SULLIVAN
Criminal Chief

Date: February 28, 2006