O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
PEDRO HERNANDEZ

## WAIVER OF INDICTMENT

CASE NUMBER: CR 06 26ML

I, Pedro Hernandez, the above named defendant, who is accused of possession of cocaine base in violation of 21 U.S.C. 844 and being a felon in possession of a firearm in violation of 18 U.S.C. Section 922(g)(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/6/06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Pedro Hernandez
Defendant

George J. West, Esq.
Counsel for Defendant

~~Before~~ Pedro Hernandez
~~Judicial Officer~~
Pedro Hernandez

David L Martin USMJ
Judicial Officer 3-6-06