**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR 06-26-01ML

PEDRO HERNANDEZ

**MOTION TO FILE DEFENDANT'S SENTENCING MEMORDANDUM AND MOTION IN THE NATURE OF A DOWNWARD DEPARTURE UNDER SEAL**

The defendant requests that the court file his sentencing memorandum and motion in the nature of a downward departure under seal as it contains confidential personal information. The public disclosure of the same is both unfair to defendant and would not serve the interest of justice to allow a review of the same as in order to review defendant would first have to disclose protected facts to bring the same before the court.

Respectfully submitted,
Defendant Pedro Hernandez
By his attorney,

George J. West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401) 861-9042
(401) 861-0330 Fax

CERTIFICATION

I hereby certify that on this 16th day of June 2006, I forwarded a copy of the within Motion to Terrence P. Donnelly, Esq., Assistant United States Attorney, U. S. Department of Justice, Fleet Center, 8th Floor, Providence, RI 02903.