UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. CR NO. 1:06CR00026-01ML

PEDRO HERNANDEZ
DEFENDANT

NOTICE OF APPEAL

Notice is hereby given that the Defendant, Pedro Hernandez, appeals to the United States Court of Appeals for the First Circuit from the Judgment and sentence imposed by the U.S. District Court for the District of Rhode Island entered on June 27, 2006.

George J. West, Esq. #3052
One Turks Head Place
Suite 312
Providence, RI 02903
401-861-9042
401-861-0330 Fax

DATE: July 3, 2006

CERTIFICATION

I hereby certify that on this 3rd day of July 2006, I forwarded a copy of the within Motion to Terrence P. Donnelly, Esq., Assistant United States Attorney, U. S. Department of Justice, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.