MANDATE

# United States Court of Appeals
## For the First Circuit

06-00026
Rhode Island
ML. Lisi

No. 06-2039

UNITED STATES,

Appellee,

v.

PEDRO HERNANDEZ,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Campbell, Senior Circuit Judge,
and Lynch, Circuit Judge.

JUDGMENT

Entered: April 18, 2007

Appellant pled guilty to drug and gun charges pursuant to a plea agreement that included a limited waiver of appeal. At the change of plea hearing, the court specifically inquired about the waiver. The criteria for a valid waiver under United States v. Teeter, 257 F.3d 14 (1st Cir. 2001), were met.

The limited waiver permitted an appeal only from the district court's ruling on the downward departure. However, appellant's argument based on this ruling is unavailing because it is clear the district court knew it had the authority but declined to exercise it. Accordingly, that decision is non-reviewable. Id. at 30.

We note that counsel has eschewed any acknowledgment of the waiver, even in its limited form, and raises arguments beyond that addressed to the downward departure ruling. An appellant who ignores a waiver of appeal rights and seeks to argue an appeal as if no waiver had been executed "forfeits any right to contend either that the waiver should not be enforced or that it does not

apply." United States v. Miliano, No. 05-2726 (1st Cir. Mar. 28, 2007). The remaining arguments that counsel raises on appeal are precluded by the waiver and there is no miscarriage of justice in our enforcement of that waiver.

The appeal is dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

By: AMY B. LE[illegible]
Appeals Attorney.

**Certified and Issued as Mandate under Fed. R. App. R 41.**

**Richard Cushing Donovan, Clerk**

Jennifer Gallardo
**Deputy Clerk**

**Date:** 5.9.07

[cc: George Joseph West, Esq., Terrence P. Donnelly, AUSA, Donald Lockhart, AUSA]