**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. 06-26ML |
| | ) | |
| PEDRO HERNANDEZ | ) | |

**EX PARTE APPLICATION FOR APPOINTMENT OF COUNSEL**

Now comes the defendant, Pedro Hernandez, by his previously appointed counsel, George J. West, and hereby respectfully requests that this court reappoint his counsel under the Criminal Justice Act to assist him in preparing and filing a motion for the reduction of sentence pursuant to 18 U.S.C. § 3582(c).

This application is made pursuant to 18 U.S.C. § 3006A, and his based on the attached memorandum of points and authorities, declarations of counsel, and exhibits; the files and records of this case; and any such information as may be made available to the Court.

**Memorandum of Points and Authorities**

Pedro Hernandez respectfully applies to this Court to appoint counsel for his proceeding under 18 U.S.C. § 3582(c). As set forth in the attached declaration, undersigned counsel was appointed to represent Pedro Hernandez in his criminal proceedings. He plead guilty to a charge of 21 U.S.C. § 844(a), Possession of Cocaine Base and 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and was sentenced by this Court to a term of 110 months' imprisonment. His case involved cocaine base. Based on a review of records and files in this case, as well as the law, counsel believes that Mr. Hernandez is likely eligible to file a motion for reduction of sentence, pursuant to 18

U.S.C. § 3582(c).

This Court should appoint counsel. The amendments to USSG § 1B1.10, effective March 3, 2008, now invites the presentation of new facts and arguments in the context of § 3582(c) proceedings. See Amendment 712 to Guidelines. Moreover, in United States v. Hicks, 472 F.3d 1167 (9th Cir. 2007), the Ninth Circuit held that, when resentencing defendants pursuant to § 3582(c)(2), district courts must treat the Guidelines as advisory, as required by United States v. Booker, 543 U.S. 220 (2005).
In view of these changes to § 3582(c) proceedings, Mr. Hernandez will be greatly assisted by the appointment of counsel. In addition, appointment of counsel will allow for negotiation with the Government, facilitate factual and legal presentation to the Court, and promote the efficient use of judicial resources.

Pedro Hernandez was found to be indigent, most recently, by the First Circuit Court of Appeals, on August 3, 2006. See Exhibit A. From that time forward, Mr. Hernandez has been incarcerated and there has been no change in his financial situation. Undersigned counsel continues to be a member of the federal indigent defense panel and is available to accept this reappointment. As the Court is aware, the Administrative Office of the United States Courts has established a new representation type for appointment of counsel in these cases. See Exhibit B.

For the foregoing reasons, Pedro Hernandez respectfully submits that appointment of counsel is appropriate.

Respectfully submitted this 26 day of August, 2008

George J. West, Esq. #3052
One Turks Head Place, Suite 312

Providence, RI 02903
(401) 861-9042
(401) 861-0330 fax

**DECLARATION OF George J. West, Esq.**

I, George J. West, Esq., hereby state and declare as follows:

1. I am an attorney admitted to practice in the United States District of Rhode Island and a member of this district federal indigent defense panel. In this capacity, I was appointed to represent Pedro Hernandez in his criminal case.

2. Mr. Hernandez plead guilty to 21 U.S.C. § 844(a) and 18 U.S.C. § 922(g)(1) and was sentenced to 110 months imprisonment.

His case involved cocaine base. Based on my review of records and files in this case, as well as the law, I believe that Mr. Hernandez may be entitled to the benefit of the retroactive amendment to the crack cocaine guideline.

3. Given the forthcoming amendments to USSG § 1B1.10 and the Ninth Circuit's decision in United States v. Hicks, 472 F.3d 1167 (9th Cir. 2007), I believe that Mr. Hernandez and the Court would be assisted by the appointment of counsel in this case.

4. Mr. Hernandez has requested my assistance in these proceedings. Exhibit A is a CJA 20 Appointment of and Authority to Pay Court Appointed Counsel form, authorized by the First Circuit Court of Appeals on August 3, 2006. From that time forward Mr. Hernandez has been incarcerated in a Federal Penitentiary and counsel is unaware of any change in his financial status. Exhibit B is a memorandum from the Administrative

Office of the United States Court regarding appointment of counsel for these proceedings. I am available to accept this appointment.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: August 28, 2008

George J. West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903
(401) 861-9042
(401) 861-0330 fax

**CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL**

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| 01C | Hernandez, Pedro | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:06-000026-001 | X:06-002039-001 | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Hernandez | Other | Appellant | Appeal of Trial Disposition |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS

West, George J.
1 Turks Head Place
Suite 312
Providence RI 02903-2215

Telephone Number: (401) 861-9040

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

13. COURT ORDER

- [x] O Appointing Counsel
- [ ] C Co-Counsel
- [ ] F Subs For Federal Defender
- [ ] R Subs For Retained Attorney
- [ ] P Subs For Panel Attorney
- [ ] Y Standby Counsel

Prior Attorney's Name:

Appointment Date:

[ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or

[ ] Other (See Instructions)

Donna Barchard

Signature of Presiding Judicial Officer or By Order of the Court

07/03/2006 — Date of Order

8/3/06 — Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment. [ ] YES [ ] NO

FILED IN CLERK'S OFFICE U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT

AUG -3 P 2:

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. In Court | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ ) TOTALS: | | | | | |
| 16. Out of Court | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ ) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM ____ TO ____ | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS [ ] Final Payment [ ] Interim Payment Number ____ [ ] Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case? [ ] YES [ ] NO If yes, were you paid? [ ] YES [ ] NO

Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation? [ ] YES [ ] NO If yes, give details on additional sheets.

I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: ____ Date: ____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|

ADMINISTRATIVE OFFICE OF THE
UNITED STATES COURTS

JAMES C. DUFF
Director

WASHINGTON, D.C. 20544

January 22, 2008

MEMORANDUM

To: Judges, United States Courts of Appeals
Judges, United States District Courts
United States Magistrate Judges
Circuit Executives
Federal Public/Community Defenders
District Court Executives
Clerks, United States Courts of Appeals
Clerks, United States District Courts
Senior Staff Attorneys

From: James C. Duff *James C. Duff*

RE: CAPTURING CRACK COCAINE RETROACTIVE AMENDMENT DATA IN THE CJA PANEL ATTORNEY PAYMENT SYSTEM AND FEDERAL DEFENDER CASE MANAGEMENT SYSTEM **(INFORMATION)**

In order to capture CJA workload associated with retroactive application of amendments to the sentencing guidelines for crack cocaine offenders, a new representation type for the CJA Panel Attorney Payment System and a new case type for the Federal Defender case management system has been created.

The CJA Panel Attorney Payment System will use the new representation type of "CK" for "crack cocaine retroactive amendment," which has already been established in the system. A new representation should be opened for these actions with a case maximum of $1,500 for panel attorney compensation.

The Federal Defender case management system will use the case type of "CK" for "crack cocaine retroactive amendment," and a new case should be opened for these actions. A file to update the Federal Defender case management system is being released to Federal Defenders.

If you have questions or need further assistance, please contact Diane Goldberg, Office of Defender Services, on 202-502-2909 or via e-mail at .